PROB 12B
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Petition to Modify the Condition or Term of Supervision

Name of Offender: <u>Orlandis Jerome Parrish</u>     Case Number: <u>3:07-00181</u>

Name of Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U. S. District Judge</u>

Date of Original Sentence: <u>June 30, 2008</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) Convicted Felon in Possession of Firearms</u>

Original Sentence: <u>83 months' custody followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>January 22, 2014</u>

Assistant U.S. Attorney: <u>To be determined</u>     Defense Attorney: <u>To be determined</u>

### PETITIONING THE COURT

■ To schedule a modification hearing and consider adding the following release condition:

**The defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the probation officer.**

THE COURT ORDERS:
☒ A hearing to consider the modification is scheduled for: 7-28-14 at 4:00 pm *unless agreed order solving my Ref by counsel for the parties*
☐ No Action
☐ The extension of supervision as noted above.
☐ The modification(s) as noted above.
☐ Other

Considered this 21st day of July, 2014, and made a part of the records in the above case.

William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Kimberly Haney
U.S. Probation Officer

Place     Nashville, Tennessee

Date      July 11, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance.**

On July 2, 2014, Mr. Parrish tested positive for marijuana use.

Mr. Parrish reported to the probation office on July 2, 2014, for a random drug test. A urine sample was collected, which tested positive for marijuana. The specimen was diluted. Mr. Parrish denied using any illegal substance. The specimen was sent to the laboratory for confirmation and was confirmed positive for marijuana.

On July 9, 2014, the probation officer spoke with Mr. Parrish. He stated he was unclear about the frequency of the drug tests upon the start of supervision. The probation officer explained he would be subject to random drug screens but he did not have a special condition for substance abuse treatment. Mr. Parrish completed the 500-hour residential drug and alcohol program and 15-hour drug awareness program while incarcerated with the Bureau of Prisons. Mr. Parrish admitted that he smoked marijuana on occasion and he stated, "it was my fault" for testing positive for marijuana.

The probation officer advised him that a modification petition would be submitted to the Court to add a special condition for substance abuse treatment. In the interim, he will participate in the random drug testing program at the probation office.

**Compliance with Supervision Conditions and Prior Interventions:**

Orlandis Jerome Parrish began his term of supervised release on January 22, 2014. His term of supervision is scheduled to expire on January 21, 2017. Mr. Parrish has been employed at Wendy's since August 1, 2013.

On February 12, 2014, a mental health treatment assessment was conducted at Centerstone Mental Health in Madison, Tennessee, per his special conditions. No treatment was recommended at that time.

Mr. Parrish is in need of substance abuse treatment. However, neither formal drug testing or treatment were ordered as special conditions at the original sentencing hearing. If the requested modification is approved by the Court, the offender will be referred by the probation officer to Centerstone Mental Health, for an assessment, to be followed by individual or group substance abuse treatment, as recommended by the treatment staff, and random drug screens.

The probation officer issued a verbal reprimand to Mr. Parrish for violating his conditions of supervised release by using illegal drugs. Mr. Parrish was re-instructed as to all conditions, and specifically instructed not to possess or use illegal substances. Mr. Parrish is agreeable to the proposed modification of his release conditions.

**U.S. Probation Officer Recommendation:**

It is recommended that a hearing be scheduled before the Court so the request for modification of release conditions may be addressed.

The U. S. Attorney's Office has been advised of the offender's noncompliance and the probation officer's request for a modification hearing.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer